UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SUWETTE RODRIGUEZ,

                              Plaintiff,                  22-cv-02763 (ALC) (VF)

          -against-                               **ORDER**

BURLINGTON COAT FACTORY WAREHOUSE
CORPORATION et al,

                            Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A discovery conference in this matter is hereby scheduled for **Tuesday, February 7, 2023, at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:     New York, New York
                January 26, 2023

                                                                     _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge